**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Hessler MENDOZA–MENDOZA,**
**a/k/a Hessler David Mendoza,**
**Defendant–Appellant.**

No. 05–50859.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 16, 2006.*

Filed Oct. 30, 2006.

Becky S. Walker, Esq., Office of the U.S. Attorney Criminal Division, Shannon P. Ryan, Esq., United States Attorney Asst. U.S. Attorney, Narcotics Section, Los Angeles, CA, for Plaintiff–Appellee.

Davina T. Chen, Esq., Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: LEAVY, W. FLETCHER, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Hessler Mendoza–Mendoza appeals from the 77–month sentence imposed following his conviction for illegal reentry following deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction under 28 U.S.C. § 1291. We affirm and remand.

Appellant contends his sentence is unreasonable because the sentencing judge "misapprehended" the amount of time he had previously served in prison for a prior state conviction. After reviewing the record, we conclude that the sentence is not unreasonable. *See United States v. Plouffe,* 445 F.3d 1126, 1131 (9th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 2314, 164 L.Ed.2d 832 (2006).

Appellant also contends that 8 U.S.C. § 1326(b)(2) is unconstitutional. This contention is foreclosed by *United States v. Weiland,* 420 F.3d 1062, 1079 n. 16 (9th Cir.2005).

In accordance with *United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to 8 U.S.C. § 1326(b)(2). *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Cir.2000) (remanding sua sponte to delete the reference to § 1326(b)).

**AFFIRMED; REMANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.